

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-5,483-19

### IN RE MERIA JAMES BRADLEY, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 9418687 IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 178th District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court. Although Relator alleges that the trial court entered an order designating issues on March 26, 2014, this Court has no record of such an order and has no information regarding the date upon which the State was served with a copy of Relator's application.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris

County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 9, 2014
Do not publish